\*\* **E-filed March 12, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELIA BRAVO,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN REVENUE MANAGEMENT, INC.,<br><br>    Defendant. | No. C09-05723 HRL<br><br>**ORDER (1) VACATING THE INITIAL CASE MANGEMENT CONFERENCE AND (2) SETTING SHOW CAUSE HEARING RE: SETTLEMENT**<br><br>**[Re: Docket No. 7]** |

Plaintiff advises the court that the parties have entered into a settlement in the above-entitled action and request that the court continue the case for forty days. Good cause appearing, the Initial Case Management Conference, currently set for March 23, 2010, is vacated. On or before **April 20, 2010**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 27, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: March 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-05723** N**otice will be electronically mailed to:**

| | |
|---|---|
| Michael S Agruss | magruss@consumerlawcenter.com, akrohn@consumerlawcenter.com, hnguyen@consumerlawcenter.com, pamerberg@consumerlawcenter.com |
| Ralph L. Pollard | rlpesq@coopadj.com, rlp@astound.net |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**